## EDITH SKILLINGS v. F. A. ALLEN.[1]

### July 18, 1919.

### No. 21,362.

**Case followed.**

Action in the district court for Crow Wing county to recover $1,000. Defendant's demurrer to the complaint was overruled, McClenahan, J., and the questions presented by the demurrer certified as important and doubtful. From the order overruling the demurrer, defendant appealed. Affirmed.

*C. D. & R. D. O'Brien,* for appellant.

*A. D. Polk* and *L. B. Kinder,* for respondents.

PER CURIAM.

This is an appeal from an order overruling a demurrer to the complaint interposed on the ground that it stated no cause of action. The court certified that the question raised was important and doubtful.

This action was brought by the wife of the plaintiff in the case of Bert L. Skillings v. Allen, supra, page 323, and presents the identical questions which tions which were decided in that case adversely to appellant.

Order affirmed.